Edgar L. BRALEY

v.

SCHOOL COMMITTEE OF the TOWN OF LINCOLN.

No. 81–208–M.P.

Supreme Court of Rhode Island.

May 7, 1981.

Richard A. Skolnik, Providence, for plaintiff-respondent.

Asquith, Wiley, Ryan & Anderson, Providence, Harry W. Asquith, Edward W. Moses, for defendant-petitioner.

## ORDER

The petition for writ of certiorari is denied.